ORIGINAL

FILED

08/17/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: PR 06-0422

FILED

AUG 17 2021

Bowen Greenwood
Clerk of Supreme Court
State of Montana

IN THE SUPREME COURT OF THE STATE OF MONTANA

PR 06-0422

IN THE MATTER OF THE PETITION OF
GEORGE R. CHERRY

O R D E R

George R. Cherry has petitioned the Court to waive the three-year test requirement for the Multistate Professional Responsibility Examination (MPRE) for purposes of Cherry's application for admission by motion to the State Bar of Montana. By rule, applicants for admission by motion must provide evidence of the requisite score on an MPRE taken "within three years preceding the date of the application for admission." Rule IV.A.3, Rules of Admission.

Cherry passed the MPRE in 2010 when seeking admission to the practice of law in Texas. Cherry was admitted to the State Bar of Texas and is in good standing with the bars of both the State of Colorado and the State of Wyoming. The petition states that Cherry has practiced since 2010 "with no ethical or disciplinary issues in any jurisdiction." Good cause appearing,

IT IS HEREBY ORDERED that the petition of George R. Cherry to waive the three-year test requirement for the MPRE for purposes of Cherry's current application for admission by motion to the State Bar of Montana is GRANTED.

The Clerk shall mail a copy of this order to Petitioner and to the Administrator of the Board of Bar Examiners at the State Bar of Montana.

DATED this 17 day of August, 2021.

_____
Chief Justice

_____

_____

_____

_____

_____

_____
Justices

2